UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Plaintiff,

  v.

YVONNE GONZALEZ ROGERS,

    Defendant.

Case No. 16-cv-00109-VC   (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Steven Wayne Bonilla is a state prisoner who alleges constitutional violations against District Court Judge Yvonne Gonzalez Rogers. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he may not proceed *in forma pauperis*. Furthermore, he may not proceed even if he pays the filing fee because federal judges are absolutely immune from suit for damages for judicial acts taken within the jurisdiction of their courts. *Mireles V. Waco*, 502 U.S. 9, 9 (1991). This judicial immunity also applies to actions for declaratory, injunctive and other equitable relief. *Mullis v. Bankruptcy Court for the District of Nevada*, 828 F.2d 1385, 1394 (9th Cir. 1987).

Accordingly, this complaint is dismissed with prejudice. The Clerk of the Court shall enter a separate judgment and close the file.

**IT IS SO ORDERED**.

Dated: January 26, 2016

_____
VINCE CHHABRIA
United States District Judge